IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| WILLIAM R. ALEXANDER, ) | CASE NO. 1:07 CV 3309 |
| ) | |
| Plaintiff, ) | |
| ) | MAGISTRATE JUDGE McHARGH |
| v. ) | |
| ) | |
| MICHAEL J. ASTRUE, ) | **JUDGMENT ENTRY** |
| Commissioner ) | |
| of Social Security, ) | |
| ) | |
| Defendant. ) | |

Pursuant to the court's Memorandum Opinion filed July 29, 2008, the Court affirms the decision of the Commissioner.

IT IS SO ORDERED.

                                                            s/ Kenneth S. McHargh
                                                          Kenneth S. McHargh
                                                          United States Magistrate Judge

Date: July 29, 2008